UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LAKEYA KING, as Personal Representative of the Estate of Latoya Mays, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No.  4:25 CV 1645 CDP |
| BLOCK DRUG COMPANY, INC., et al., | )<br>)<br>)<br>) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This case is before the Court on review of the file following removal.

Plaintiff Lakeya King brought this action in the Circuit Court of St. Louis City, Missouri, alleging that her sister, decedent Latoya Mays, suffered personal injury on account of her exposure to defective and unreasonably dangerous asbestos-containing talc powder that defendants mined, milled, designed, manufactured, sold, supplied, purchased, distributed, and/or marketed.  King is the personal representative of decedent Mays' estate.  Defendant PTI Union, LLC, removed the case to this Court on November 5, 2025, invoking diversity jurisdiction under 28 U.S.C. § 1332(a).  Because various exhibits to State-court filings were not included in the record PTI Union filed upon removal, I will order

PTI Union to supplement the record with complete copies of the relevant documents, inclusive of their exhibits.  *See* 28 U.S.C. § 1447(b).

Accordingly,

**IT IS HEREBY ORDERED** that **within five (5) days of the date of this Order**, defendant PTI Union, LLC, shall supplement its Notice of Removal with complete copies of the following documents filed in State court:

- Defendants Minerals Technologies Inc. and Specialty Minerals Inc.'s "Notice of Stipulation and Agreed Order Extending Order (I) Declaring that the Automatic Stay Prohibits Certain Actions Against Non-Debtors or, in the Alternative, (II) Preliminarily Enjoining Such Actions Pursuant to 11 U.S.C. § 105," **with attached Exhibits A and B**; and

- Defendant Stephan Co.'s "Motion to Dismiss for Lack of Personal Jurisdiction," **with attached Exhibit A**.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 18th day of November, 2025.